Menzenhauer v. Schmidt.

HENRY W. LEEDS et al., respondents,

v.

BOHEMIAN ART GLASS WORKS, appellant.

[Filed March 4th, 1903.]

---

FREDERICK MENZENHAUER, respondent,

v.

OSCAR SCHMIDT, appellant.

[Filed March 4th, 1903.]

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *18 Dick. Ch. Rep. 463.*

Ballinger *v*: Wilson.

. Per Curiam.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Pitney in the court below.

*For affirmance*—The Chief-Justice, Van Syckel, Dixon, Fort, Garretson, Hendrickson, Bogert, Vredenburgh, Voorhees, Vroom—10.

*For reversal*—None.